1 | WILSON TURNER KOSMO LLP
Robin A. Wofford (Bar No. 137919)
2 | Katherine M. McCray (Bar No. 243500)
3 | 550 West C Street, Suite 1050
San Diego, CA  92101
4 | Telephone:  (619) 236-9600
Facsimile:  (619) 236-9669
5 | E-mail: rwofford@wilsonturnerkosmo.com
6 | E-mail: kmccray@wilsonturnerkosmo.com

JS-6

7 | Attorneys for Defendants/Counterclaimants
ExxonMobil Oil Corporation and Exxon Mobil Corporation
8 | (erroneously sued herein as ExxonMobil Corporation)

9 | **ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| EFRAM DORI, an Individual, | Case No. 2:12-cv-08889-PA (VBKx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION** |
| v. | |
| EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, Inclusive, | District Judge: Percy Anderson<br>Courtroom: 15<br><br>Magistrate Judge: Victor B. Kenton<br>Courtroom: 590 |
| Defendants. | Complaint Filed: October 16, 2012<br>Trial Date: Not Set |

C0379003/1637279-1

Case No.  2:12-cv-08889-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION

**ADDITIONAL COUNSEL:**

ARCHER NORRIS
Jeffrey M. Hamerling (Bar No. 91532)
jhamerling@archernorris.com
Douglas C. Straus (Bar No. 96301)
dstraus@archernorris.com
Alissa R. Pleau-Fuller (Bar No. 258907)
apleau-fuller@archernorris.com
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:  925.930.6600
Facsimile:  925.930.6620

Attorneys for Defendant/Counterclaimant
Circle K Stores Inc. (erroneously sued herein as
Circle K Stores, Inc.)

Thomas P. Bleau, SBN 152945
Martin R. Fox, SBN 155783
Gennady L. Lebedev, Of Counsel, SBN 179945
Megan A. Childress, SBN 266926
Troy M. Mueller, SBN 284535
BLEAU FOX, a P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone: (323) 874-8613
Facsimile:  (323)874-1234
E-mail:  tbleau@bleaufox.com
E-mail:  mfox@bleaufox.com
E-mail:  glebedev@bleaufox.com
E-mail:  mchildress@bleaufox.com
E-mail:  tmueller@bleaufox.com

Attorneys for Plaintiff
Efram Dori

C0379003/1637279-1

Case No.  2:12-cv-08889-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION

1  Having considered the Stipulation to Dismiss Entire Action by and between the
2  parties, the Court hereby orders that Plaintiff Efram Dori's ("Plaintiff's") claims
3  against Defendants ExxonMobil Oil Corporation, Exxon Mobil Corporation, and
4  Circle K Stores Inc. ("Defendants") in this action are dismissed with prejudice
5  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Defendants' counter-claims against
6  Plaintiff in this action are dismissed with*out* prejudice pursuant to Fed. R. Civ. P.
7  41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs.

9  IT IS SO ORDERED.

12  Dated: August 8, 2013                    _____
13                                            Hon. Percy Anderson
                                              United States District Judge

28  C0379003/1637279-1                    1        Case No.  2:12-cv-08889-PA (VBKx

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION