| | |
|---|---|
| 1 | WILSON TURNER KOSMO LLP |
| 2 | Robin A. Wofford (Bar No. 137919)<br>Katherine M. McCray (Bar No. 243500) |
| 3 | 550 West C Street, Suite 1050<br>San Diego, CA  92101 |
| 4 | Telephone:  (619) 236-9600<br>Facsimile:  (619) 236-9669 |

JS-6

WILSON TURNER KOSMO LLP
Robin A. Wofford (Bar No. 137919)
Katherine M. McCray (Bar No. 243500)
550 West C Street, Suite 1050
San Diego, CA  92101
Telephone:  (619) 236-9600
Facsimile:  (619) 236-9669
E-mail: rwofford@wilsonturnerkosmo.com
E-mail: kmccray@wilsonturnerkosmo.com

Attorneys for Defendants/Counterclaimants
ExxonMobil Oil Corporation and Exxon Mobil Corporation
(erroneously sued herein as ExxonMobil Corporation)

**ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| EFRAM DORI, an Individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:12-cv-08889-PA (VBKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION**<br><br>District Judge:　　Percy Anderson<br>Courtroom:　　　15<br><br>Magistrate Judge:　Victor B. Kenton<br>Courtroom:　　　590<br><br>Complaint Filed:　October 16, 2012<br>Trial Date:　　　Not Set |

C0379003/1637279-1

Case No.  2:12-cv-08889-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION

**ADDITIONAL COUNSEL:**

ARCHER NORRIS
Jeffrey M. Hamerling (Bar No. 91532)
jhamerling@archernorris.com
Douglas C. Straus (Bar No. 96301)
dstraus@archernorris.com
Alissa R. Pleau-Fuller (Bar No. 258907)
apleau-fuller@archernorris.com
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:  925.930.6600
Facsimile:  925.930.6620

Attorneys for Defendant/Counterclaimant
Circle K Stores Inc. (erroneously sued herein as
Circle K Stores, Inc.)

Thomas P. Bleau, SBN 152945

Martin R. Fox, SBN 155783

Gennady L. Lebedev, Of Counsel, SBN 179945

Megan A. Childress, SBN 266926

Troy M. Mueller, SBN 284535

BLEAU FOX, a P.L.C.

3575 Cahuenga Boulevard West, Suite 580

Los Angeles, California 90068

Telephone: (323) 874-8613

Facsimile:  (323)874-1234

E-mail:  tbleau@bleaufox.com

E-mail:  mfox@bleaufox.com

E-mail:  glebedev@bleaufox.com

E-mail:  mchildress@bleaufox.com

E-mail:  tmueller@bleaufox.com

Attorneys for Plaintiff
Efram Dori

C0379003/1637279-1

Case No.  2:12-cv-08889-PA (VBKx)

[PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION

1  Having considered the Stipulation to Dismiss Entire Action by and between the
2  parties, the Court hereby orders that Plaintiff Efram Dori's ("Plaintiff's") claims
3  against Defendants ExxonMobil Oil Corporation, Exxon Mobil Corporation, and
4  Circle K Stores Inc. ("Defendants") in this action are dismissed with prejudice
5  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Defendants' counter-claims against
6  Plaintiff in this action are dismissed with*out* prejudice pursuant to Fed. R. Civ. P.
7  41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs.

9  IT IS SO ORDERED.

12  Dated: August 8, 2013                    _____
                                              Hon. Percy Anderson
                                              United States District Judge

28  C0379003/1637279-1                    1    Case No. 2:12-cv-08889-PA (VBKx
    [PROPOSED] ORDER GRANTING ORDER GRANTING STIPULATION TO DISMISS
                              ENTIRE ACTION